IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON SILOS,

    Plaintiff,

v.                                                         No. 12-cv-1011 SMV

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

    **Defendant.**

### ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 9]. The Court, having read the motion, finding that Plaintiff concurs in the granting of the motion, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Seal Administrative Record [Doc. 9] is **GRANTED**, and the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**